IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEIDA HUKMAN | : | CIVIL ACTION |
| v. | : | No. 17-0741 |
| US AIRWAYS/AMERICAN AIRLINES, et al. | : | |

# ORDER

AND NOW, this 3rd day of August, 2017, upon consideration of US Airways Defendants' Motion to Dismiss (Document 24), Republic Airways Defendants' Motion to Dismiss (Document 25), and pro se Plaintiff Sheida Hukman's responses thereto, it is ORDERED the Motions are GRANTED in part and DENIED in part as follows:

- Hukman's Title VII claims against all individual Defendants are DISMISSED with prejudice.

- Hukman's claims pursuant to the Fair Labor Standards Act, the Family and Medical Leave Act, and the Safe Place Act are DISMISSED without prejudice.

- Hukman's claim pursuant to 49 U.S.C. § 46503 is DISMISSED with prejudice.

- Hukman's Title VII claim against Republic Airways is DISMISSED without prejudice.

- Insofar as Defendants seek dismissal for failure to comply with the Court's May 26, 2017, Order or the Federal Rules of Civil Procedure, or failure to exhaust administrative remedies, their Motions are DENIED.

Hukman shall file a Second Amended Complaint on or before August 17, 2017.

It is further ORDERED Defendants Brian Beidelman, Dwight C. Harken, and Amy Heindel's Motion for Extension of Time to Respond to Plaintiff's Motion for Emergency Injunction and Preliminary Injunction (Documents 33 & 34) is DISMISSED as MOOT.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.