IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEIDA HUKMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-741 |
| | : | |
| US AIRWAYS/AMERICAN AIRLINES, | : | |
| et al. | : | |

## **ORDER**

AND NOW, this 25th day of March, 2019, upon consideration of the Motion for Summary Judgment filed by Defendant American Airlines, Inc., listed as US Airways/American Airlines on the docket, pro se Plaintiff Sheida Hukman's Motion for Summary Judgment, Hukman's Motion for Relief Under 60(b), which the Court construes as supplemental briefing to her Motion for Summary Judgment, Hukman's Motion to Strike, the responses thereto, and the parties' presentations at the August 16, 2018, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1.  American Airlines, Inc.'s Motion for Summary Judgment (Document 93) is GRANTED and Judgment is entered in favor of American Airlines, Inc. on all claims in Hukman's Third Amended Complaint;

2.  Hukman's Motion for Summary Judgment (Document 95) is DENIED;

3.  Hukman's Motion in Limine (Document 104) is DISMISSED as moot; and

4.  Hukman's Motion to Strike (Document 116) is DENIED.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

  /s/ Juan R. Sánchez  
Juan R. Sánchez, C.J.